**Order entered August 28, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00685-CR

**ANTHONY DEWAYNE JAMERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-57615-V**

## ORDER

Before the Court is appellant's August 23, 2019 motion for extension of time to file his pro se response. We **GRANT** appellant's pro se motion and **ORDER** his pro se response due on or before October 25, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE